FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR -3 PM 3:00

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

NOAH GALLIEN                                          CIVIL ACTION

VERSUS                                                NO. 05-3651

RICHARD STALDER ET AL.                                SECTION "N" (2)

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint is hereby **DISMISSED WITH PREJUDICE** as legally frivolous and/or for failure to state a claim under 28 U.S.C. § 1915(e)(2) and 42 U.S.C. § 1997e(c)(1).

New Orleans, Louisiana, this 3rd day of March, 2006.

_____
UNITED STATES DISTRICT JUDGE

___ Fee _____
___ Process _____
X  Dktd _____
✓  CtRmDep _____
___ Doc. No. _____